# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL S. NELSON

NO. 2019 KW 1420

**DEC 2 3 2019**

In Re:    Michael S. Nelson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458757.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the habitual offender bill of information, all pertinent minute entries and/or transcripts, the commitment order, and any other portions of the district court record that might support the claims raised in the writ application. Further, it is not clear if this court was provided with a copy of the district court's ruling on the merits of relator's motion, as relator provided a ruling by the district court but it appears to be on an order requesting an evidentiary hearing. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before February 18, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT